Opinion filed July 23, 2009 











 
 
  
 
 







 
 
  
 
 




Opinion filed July 23,
2009 

 

 

 

 

 

 

                                                                        In The

                                                                              

    Eleventh
Court of Appeals

                                                                 ____________

 

                                      Nos. 11-09-00102-CR & 11-09-00104-CR

                                                    __________

 

                                        RACHEL OLSON, Appellant

 

                                                             V.

 

                                         STATE
OF TEXAS, Appellee

 



 

                                         On
Appeal from the 396th District Court

 

                                                          Tarrant
County, Texas

 

                                   Trial
Court Cause Nos. 1081759D & 1092358D

 



 

                                              M E
M O R A N D U M   O P I N I O N

Rachel
Olson has filed in this court motions to dismiss each of her appeals.  The
motions are signed by both appellant and her attorney.  The motions are granted,
and the appeals are dismissed.

 

PER CURIAM

July 23, 2009

Do not publish. 
See Tex. R. App. P. 47.2(b).

Panel consists of:  Wright, C.J.,

McCall, J., and Strange, J.